**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV – 02-CV-809 JMR/FLN**

| | |
|---|---|
| George Wessman, Jr. and Jill Wessman,<br><br>Plaintiffs,<br>-vs-<br><br>National Asset Services Company, "Mr. Stevens", individually; "Steven Miller", individually; "Mr. Simmons", individually; "Mr. Jones", individually; and "Ms. Jones", individually,<br><br>Defendants. | **NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL WITH PREJUDICE**<br>& order |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs and their attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: 6/17/02.

**CONSUMER JUSTICE CENTER, P.A.**

By: ______________________
Thomas J. Lyons, Jr.
Attorney I.D. #: 0249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

**THOMAS LYONS & ASSOCIATES**
Thomas J. Lyons
Attorney I.D. No.: 65699
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

**ATTORNEYS FOR PLAINTIFFS**

JUN 25 2002

...HARD D. SLETTEN, CLERK
JUDGMENT ENTD JUN 25 2002



H:\FILE\8100\8130 Wessman, George v. NASCO\Notice of Dismissal - JMR.doc

**ORDER**

Based on the above Notice of Dismissal filed herewith, this Court hereby orders that Plaintiffs' Complaint against Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 25th, 2002.

Judge James M. Rosenbaum
United States District Court